```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   CHRISTOPHER JOHNSON
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 08-314-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO ) VACATE TRIAL CONFIRMATION HEARING |
| v. | ) AND JURY TRIAL AND TO SET HEARING ) ON MOTION TO SUPPRESS EVIDENCE |
| CHRISTOPHER JOHNSON, | ) AND BRIEFING SCHEDULE ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan ) Date:  October 20, 2008 |
| _____ | ) Time:  10:00 a.m. |

   The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, CHRISTOPHER JOHNSON, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the trial confirmation hearing set for August 25, 2008, at 10:00 a.m., and the jury trial set for September 8, 2008, at 10:00 a.m., and set this case for a hearing defendant's motion to suppress evidence on October 20, 2008, at 10:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court

1

should exclude time from the date of this order through October 20, 2008, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4]. The parties further stipulate that the Court should exclude time through October 20, 2008, for pretrial motions.  18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following briefing schedule:

Defendants' Motion due . . . . . . . . . . . . . . September 15, 2008
Governments' Response due . . . . . . . . . . . . . October 6, 2008
Defendants' Reply due . . . . . . . . . . . . . . October 15, 2008
Motion Hearing . . . . . . . . . . . . . . . . . . October 20, 2008.

The parties agree that the Court may set the trial confirmation hearing and the jury trial following the motion hearing.

Dated: August 18, 2008                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Staff Attorney/Misdemeanor Unit

Dated: August 19, 2008                McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ S. Robert Tice-Raskin
                                      _____
                                      S. ROBERT TICE-RASKIN
                                      Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  August 22, 2008.          _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2