```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  EMILY HADEN
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. 08-0314 EFB |
|---|---|---|
| Plaintiff, | ) | First Amended Stipulation and Order to Continue Hearing |
| v. | ) | |
| | ) | Date: October 20, 2008 |
| CHRISTOPHER C. JOHNSON, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, CHRISTOPHER C. JOHNSON, by and through his undersigned counsel, to vacate the set hearing date of October 20, 2008, at 10:00 a.m. and continue the briefing schedule as follows:

Government's Response due October 15, 2008, Defendant's Reply, if any, due October 29, 2008, and Motion Hearing on November 24, 2008.

The Government requests this continuance because counsel has been out of the office due to illness and has not had adequate time to respond to the defense's Motion.

All of the above was related to me by Emily Haden.

///

1  This court previously entered an order to exclude time from
2  August 18, 2008, to October 20, 2008.  The parties agree that time
3  may continue to be excluded from the date of this order, to
4  November 24, 2008, pursuant to Title 18, United States Code,
5  Section 3161(h)(8)(B)(iv), Local Code T4, reasonable time for
6  defense counsel to prepare.

DATED: October __, 2008            McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ S. Robert Tice-Raskin
                                   S. ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney


DATED: October __, 2008            DANIEL J. BRODERICK
                                   Federal Defender

                              By:  /s/ Michael Petrik Jr.
                                   MICHAEL PETRIK JR.
                                   Staff Attorney
                                   Office of the Federal Defender
                                   Attorney for Defendant



                            O R D E R

IT IS SO ORDERED:

DATED: October 8, 2008

                          /s/ Edmund F. Brennan
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE