```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
EMILY HADEN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr. No. 08-0314 EFB |
| ) | |
| Plaintiff,  ) | First Amended Stipulation and |
| ) | Order to Continue Briefing |
| v.  ) | Schedule |
| ) | |
| CHRISTOPHER C. JOHNSON,  ) | Date: November 24, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant.  ) | Judge: Hon. Edmund F. Brennan |
| ) | |

It is hereby stipulated and agreed between the United States and the defendant, CHRISTOPHER C. JOHNSON, by and through his undersigned counsel, to continue the briefing schedule as follows:

Government's Response due October 20, 2008, Defendant's Reply, if any, due November 12, 2008, and Motion Hearing on November 24, 2008.

///

///

///

///

///

///

1  The Government requests this continuance because the assigned
2  law clerk has been out of the office due to illness and has not
3  had adequate time to respond to the defense's Motion.
4  All of the above was related to me by law clerk Emily Haden.

6  DATED: October __, 2008          McGREGOR W. SCOTT
                                     United States Attorney

8                              By:  /s/ S. Robert Tice-Raskin
                                     S. ROBERT TICE-RASKIN
9                                    Assistant U.S. Attorney

11 DATED: October __, 2008          DANIEL J. BRODERICK
                                     Federal Defender

13                             By:  /s/ Michael Petrik Jr.
                                     MICHAEL PETRIK JR.
14                                   Staff Attorney
                                     Office of the Federal Defender
15                                   Attorney for Defendant

18                              O R D E R

20  The above stipulation is approved, save and except that the
21  Hearing is now SET for on December 2, 2008 at 2:00 p.m. in
22  Courtroom No. 25.

   SO ORDERED.
23
   DATED: October 22, 2008.         [signature]
24                                   EDMUND F. BRENNAN
25                                   UNITED STATES MAGISTRATE JUDGE